# UNITED STATES DISTRICT COURT
## * Arraignment *

Date:  06/07/2019  
Court Time:  10:24 a.m. – 10:39 a.m. (00:15)

Case No.:  1:18-cr-00408-TSE-1

---

# UNITED STATES OF AMERICA v. IURII AKHALAIA

PRESENT:  Honorable **T.S. Ellis, III**,  U. S. District Judge

| | |
|---|---|
| COURTROOM DEPUTY: | Tanya Randall |
| COURTROOM REPORTER: | Tonia Harris |
| ASST. U.S. ATTORNEY: | Laura Fong |
| COUNSEL FOR DEFT: | Igor Litvak, James Pinkowski |
| RUSSIAN INTERPRETER: | Roman Volsky |

**PROCEEDINGS:**

[ X ] Defendant is arraigned and specifically advised of rights.

[ X ] Defendant waives reading of indictment – WFA

[ X ] Defendant pled NG and demanded trial by jury

[  ] Indictment/Information read

[  ] Defendant waived Speedy Trial and Court finds Speedy Trial to be waived - - Waiver of Speedy Trial entered in open Court.

MOTIONS to be filed by **06/28/2019** w/RESPONSES **07/12/2019** and ARGUMENT on **Will be set by Order**  CASE CONTINUED TO **08/06/2019 @ 10:00 A.M.** for **JURY TRIAL (approx. 4 days)**

[ X ] Discovery Order entered in open court  
[ X ] Protective Order entered in open court

- Change of Plea scheduled for **07/12/2019 @ 1:00 P.M.**

**Defendant**   [ X ] Remanded   [  ] Continued on Bond   [  ] Released on _____ Bond –  
see Order Setting Conditions of Release