IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO.: 1:18-CR-408 |
| v. | |
| IURII AKHALAIA,<br>Defendant. | Hon. T.S. Ellis III |

## MOTION TO DISMISS

The United States of America, by and through undersigned counsel, respectfully moves the Court to dismiss counts one through three of the indictment in the above captioned case.

WHEREFORE, the undersigned requests that the Court dismiss counts one through three of the indictment.

Respectfully submitted,

G. Zachary Terwilliger
Acting United States Attorney

By: _____
Kellen S. Dwyer
Assistant United States Attorney