IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No.: 1:18-CR-408 |
| ) | |
| ) | Honorable T.S. Ellis III |
| ) | |
| IURII AKHALAIA, ) | **MOTION TO SEAL** |
| Defendant. ) | |

The Defendant, IURII AKHALAIA, by and through his attorney, Igor Litvak, Esq., moves this Court for an order that the Defendant's Motion to Continue Sentencing be filed under seal and secured from public access until further order of the Court.

The main reason for the motion to be file be under seal is to protect non-public nature and details of the information discussed therein from public disclosure, specifically, among others, the country and dates of arrest and extradition to the United States, information which if became public may seriously jeopardize Mr. Akhalaia's cooperation.

The government supports the motion to seal.

Therefore, Defendant Iurii Akhlaia, respectfully moves to seal the said motion.

Dated: Brooklyn, New York
October 21st, 2019

Respectfully submitted,

/s/ Igor Litvak
Igor Litvak, Esq.
Attorneys for Defendant Akhalaia
The Litvak Law Firm, PLLC
1701 Avenue P
Brooklyn, New York 11229
Office: (718) 989-2908
E-Mail: Igor@LitvakLawNY.com